**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.   1:19cv550LG-RHW |
| | ) | |
| v. | ) | |
| | ) | |
| **12.667 ACRES, MORE OR LESS,** | ) | |
| **LOCATED IN HANCOCK COUNTY,** | ) | |
| **STATE OF MISSISSIPPI; ANDREW** | ) | |
| **CRAIG FRANKLIN A/K/A CRAIG** | ) | |
| **A. FRANKLIN; JANICE LYNN** | ) | |
| **FRANKLIN A/K/A JANICE LYNN** | ) | |
| **WYLIE; DAVID MARK FRANKLIN;** | ) | |
| **JACQUELINE E. FRANKLIN;** | ) | |
| **UNKNOWN HEIRS AND/OR** | ) | |
| **DEVISEES OF BONNIE KELLAR** | ) | |
| **FRANKLIN; UNKNOWN HEIRS AND/** | ) | |
| **OR DEVISEES OF A.L. FRANKLIN** | ) | |
| **A/K/A ANDREW L. FRANKLIN;** | ) | |
| **UNKNOWN HEIRS AND/OR** | ) | |
| **DEVISEES OF JUANITA KELLAR** | ) | |
| **SCHULL; HANCOCK COUNTY,** | ) | |
| **MISSISSIPPI JIMMIE LADNER, JR.** | ) | |
| **TAX ASSESSOR; ET AL.** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT IN CONDEMNATION [with Declaration of Taking]**

1.  This is a civil action brought by the United States of America at the request of the
Secretary of the Navy through the Deputy Assistant Secretary for Energy, Installations and
Environment, for the taking of property under the power of eminent domain through a Declaration
of Taking and for the determination and award of just compensation to the owners and parties in
interest.

2.  This Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3.  The authority for the acquisition of the estate in property taken is set forth in Schedule "A," attached hereto and made a part hereof.

4. The public purpose for which the property is taken is set forth in Schedule "B," attached hereto and made a part hereof.

5.  A legal description of the land and interests being taken are set forth in Schedule "C," attached hereto and made a part hereof.

6.  The plat showing the land taken is set forth in Schedule "D," attached hereto and made a part hereof.

7.  The estate taken in the property is set forth in Schedule "E," attached hereto and made a part hereof.

8. The amount estimated to be just compensation for the taking is set forth in Schedule "F," attached hereto and made a part hereof.

9. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule "G," attached hereto and made a part hereof.

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained, and such other relief as may be lawful and proper.

DATED: August 29, 2019

D. Michael Hurst, Jr.
United States Attorney

By:    Emily S. Nobile
Assistant United States Attorney
1575 20th Avenue
Gulfport, Mississippi 39501

emily.nobile@usdoj.gov
 (228) 563-1560
Mississippi Bar No. 101475

By:    /s/ Bhavna Changrani
       Trial Attorney
       U.S. Department of Justice
       Environment and Natural Resources Division
       Land Acquisition Section
       P.O. Box 7611, Ben Franklin Station
       Washington, DC 20044-7611
       Telephone:     (202) 305-0304
       Facsimile:     (202) 353-7763
       Email:         bhavna.changrani@usdoj.gov

       Attorneys for Plaintiff United States of America

**SCHEDULE A**

**AUTHORITY FOR TAKING**

This taking is filed pursuant to 40 U.S.C. § 3113; 40 U.S.C. § 3114; 10 U.S.C. § 2663(a)(1)(A);

the National Defense Authorization Act for Fiscal Year 2015, P.L. 113-291 §§ 2201 and 4601 at

128 Stat. 3794, which authorized Military Construction Project 240, allowing for the acquisition

of land; the Consolidated and Further Continuing Appropriations Act, 2015 P.L. 113-235, which

appropriated funds.

The authority granted to the Secretary of the Navy in 10 U.S.C. § 2663(a)(1)(A) was delegated to

the Assistant Secretary of the Navy (Energy, Installations, and Environment) (ASN (EI&E)) in

SECNAVINST 5430.7R, dated 3 January 2017. This authority was further delegated from ASN

(EI&E) to the Deputy Assistant Secretary of the Navy (Installations and Facilities) (DASN

(I&F)) in an ASN (EI&E) memo, dated 27 March 2017.

**SCHEDULE B**

**PUBLIC PURPOSE**

The lands described in Schedule C are taken for the public purpose of national defense and military use by the United States as authorized by law, including, but not limited to, incorporation into the Western Maneuver Area, which is used for ground combat training by the Naval Special Warfare Command.

## SCHEDULE C

## LEGAL DESCRIPTION OF PROPERTY

A parcel of land situated in Section 30, (John Shave Claim), Township 7 South, Range 16 West, Hancock County, Mississippi, and being more particularly described as follows:

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 334779.34, Easting 727585.01; thence along the north line of said Section 30, also being the south line of property the United States of America as per deed book Q-1 on page 519, S89°00'18"E  54.59' to a concrete monument found; thence further along said north line of Section 30 and south line of said property of the United States of America, S88°48'04"E  478.07' to a 1/2" rebar set at the POINT OF BEGINNING, having the following state plane coordinates: Northing 334768.39, Easting 728117.55; thence further along said north line of Section 30 and the south line of said property of the United States of America, S88°48'04"E  417.10' to an iron pipe with disk set at the northwest corner of property of James H. Thigpen as per deed book BB117 on page 281; thence along the west line of said property of James H. Thigpen, S00°44'53"W  1324.16' to a 1/2" rebar set on the south line of Section 30 and the southwest corner of said property of James H. Thigpen; thence along the south line of Section 30, also being the north line of property of Bond and others as per deed book 2006 on page 15146, N88°57'24"W  415.94' to a 1/2" rebar set at the southeast corner of property of James Hubert Thigpen as per deed book BB117 on pages 289-295; thence along the east line of said property of James Hubert Thigpen, N00°41'54"E  1325.30' to the POINT OF BEGINNING, containing 551,760.41 square feet or 12.667 acres. Herein described bearings are based on state plane grid north.  Herein described property being a portion of that property as

described in deed book BB43 on page 543 of the land records of Hancock County, Mississippi and being designated as county parcel number 084-0-30-008.000.

Herein described property is also shown as "Parcel 18" in Schedule D.

MAP INSET 2

MAP INSET 1

PREPARED BY:

NAVFAC

Date: 3/7/2019
Naval Facilities Engineering
Command Southeast
Asset Utilization Branch, AM1
Contact: SE CNAP
Center: (904) 542-6839

Navy Region Southeast Cadastral Group does not attest to or guarantee the
currency and/or validity of the data contained in this map, nor does it attest to any
spatial accuracy. This map is for planning purposes only.

Parcel 18    Navy Owned

P-240    NASA Owned Land

N62604-RR
PARCEL 18



SCHEDULE D
PARCEL 18

| MON. # | Northing | Easting | Description |
|---|---|---|---|
| 4012 | 334768.39 | 728117.55 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4013 | 334777.09 | 727701.48 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4018 | 333443.18 | 728101.40 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4036 | 334759.66 | 728534.56 | NAVY MONUMENT SET, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4037 | 333435.61 | 728517.27 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 8027 | 334778.39 | 727639.59 | 5" DIA. CMF WITH DISK "CORPS OF ENGINEERS - U.S. ARMY, M 5-8-FO, YEAR 1980", 1" ABOVE GRADE, POOR CONDITION |
| 8028 | 334779.34 | 727585.01 | 5" SQ. CMF WITH DISK "DUNGAN ENGINEERING PA, #2006, PLS-2650, 2007", 6" ABOVE GRADE, GOOD CONDITION |

MONUMENTS SET BY CLIFFORD A. CROSBY, PLS

NAVY MONUMENT SET (TYPICAL):

30" FLARED END X 2.25" OUTSIDE DIAMETER WITH 3.25" BRASS DISK STAMPED "DEPT. OF NAVY BOUNDARY, CROSBY PLS 2539, SET IN 2015, NAVFACENGCOM SE"; 5 FEET +/- TALL T-POST SET BESIDE AS GUARD POST, DISK SET AT EXISTING GRADE LEVEL

1/2" REBAR SET(TYPICAL):

1/2" X 18" REBAR WITH RED PLASTIC CAP STAMPED "CROSBY PLS 2539"; TOP SET AT EXISTING GRADE LEVEL

**DEED REFERENCES ON PLAT:**

(R1) - BOOK BB43, PAGE 543
(R2) - BOOK E8, PAGE 235

LEGEND:

- IRON ROD FOUND
- IRON PIPE FOUND
- 1/2" REBAR WITH RED PLASTIC CAP STAMPED "CROSBY PLS 2539", TOP SET TO GROUND LEVEL
- SPIKE OR MAG NAIL FOUND
- SPIKE OR MAG NAIL SET
- CONCRETE MONUMENT FOUND
- NAVY MONUMENT SET, DISK ON 1-1/2" X 32" STAINLESS STEEL PIPE AS PER SPECIFICATIONS
- LIGHTARD KNOT FOUND
- ANGLE IRON FOUND
- RIGHT OF WAY MARKER FOUND
- T-POST FOUND
- (C) — CALCULATED
- (M) — MEASURED
- (R) — RECORD
- (P.O.B.) — POINT OF BEGINNING
- (P.O.C.) — POINT OF COMMENCEMENT
- (R.O.W.) — RIGHT-OF-WAY
- SQ. - SQUARE
- CMF - CONCRETE MONUMENT FOUND
- DIA. - DIAMETER
- MON. - MONUMENT
- 1/2" IRS - 1/2" REBAR SET
- GLO- GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS
- MINED AREAS
- LAT — LATITUDE
- LONG — LONGITUDE

GENERAL NOTES:

1.) ALL BEARINGS, COORDINATES AND DISTANCES SHOWN ON THIS PLAT ARE GRID AND ARE BASED ON THE MISSISSIPPI NAD 83 EAST ZONE STATE PLANE COORDINATE SYSTEM AND ARE DERIVED FROM GLOBAL POSITIONING SYSTEM OBSERVATIONS, UTILIZING THE EARL DUDLEY RTK NETWORK.

2.) ALL DISTANCES SHOWN ON THIS PLAT ARE GRID U.S. SURVEY FEET

3.) THIS SURVEY MEETS THE RELATIVE POSITIONAL ACCURACY OF 95% CONFIDENCE LEVEL UTILIZING GPS RTK NETWORKING. THE RELATIVE POSITIONAL ACCURACY FOR EACH POINT WAS FOUND TO MEET ALTA STANDARDS BY BEING BETTER THAN 0.07' + 50 PARTS PER MILLION.

4.) THE 2004 FIELD SURVEY WAS DONE WITH TRIMBLE GPS RECEIVER AND BASED ON NOAA MONUMENT M366 WHICH LIES ON THE EAST SIDE OF THE CONCRETE FENCE ALONG CORINTH CEMETERY. GPS OBSERVED COORDINATES UTILIZING THE EARL DUDLEY RTK NETWORK ARE NORTH 332070.61 AND EAST 731014.33.

5.) ALL NEW MONUMENTS WERE SET UTILIZING A TOPCON GR5 GPS RECEIVER ON THE EARL DUDLEY RTK NETWORK

6.) GRID TO GROUND SCALE FACTOR = 1.00002547; CONVERGENCE ANGLE = -0°24'44"; BOTH AT THE NORTHWEST CORNER OF SECTION 30, TOWNSHIP 7 SOUTH, RANGE 16 WEST, NORTHING 334779.34, EASTING 727585.01

7.) THIS IS A CLASS "B" SURVEY

8.) CD PROVIDED TO NAVFAC SE WITH PHOTOGRAPHS OF ALL MONUMENTS FOUND OR SET

9.) THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

10.) THIS SURVEY MAP IS ACCOMPANIED BY A SURVEY REPORT AND THE SURVEY IS A PART THEREOF AND NOT COMPLETE WITHOUT IT.

11.) MAP CLOSURE:
1' IN 1,270,018.60'

12.) PERIMETERS OF SURFACE MINING OR SURFACE MINED AREAS SHOWN ARE APPROXIMATE DUE TO VEGETATION GROWTH AROUND BORDERS

RECORDED EASEMENTS PROVIDED WITH ABSTRACTOR'S REPORT:

NO RECORDED EASEMENTS AS PER SCHEDULE B SECTION II OF THE TITLE COMMITMENT APPLICABLE TO SURVEY

REFERENCE MATERIAL:

DEEDS, FROM PUBLIC RECORDS OF HANCOCK COUNTY, MISSISSIPPI:
BB137, PAGES 352-353; BB17, PAGES 483-484; BB117, PAGES 289-295; E7, PAGES 277-278; 2009, PAGE 12649; BB43, PAGE 543; BB117, PAGE 281; E8, PAGE 235; S-4, PAGE 3; AA61, PAGE 162; Q-1, PAGE 519

CHICAGO TITLE INSURANCE COMPANY TITLE NO. 48379 DATED OCTOBER 22, 2014, BY TITLE OFFICER- PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.

ABSTRACTOR'S REPORT WITH SUPPORTING RECORDED INSTRUMENTS PROVIDED BY NAVFAC SE

SURVEY BY CLIFFORD A. CROSBY, PLS NO. 2539 IN 2004

STATE AID PROJECT STP-1126(1)B RIGHT OF WAY

STATE AID PROJECT SP-43-6(2) PLANS

STATE AID PROJECT MDA-1125-00(003)

SURVEY OF U.S.A. PROPERTY BY DUNGAN ENGINEERING, DONE IN 2007

GOOGLE EARTH PRO ONLINE MAPPING, DIGITAL QUADRANGLE MAPS

HANCOCK COUNTY TAX AND OWNERSHIP MAPS, HANCOCK COUNTY GIS INTERACTIVE MAP, AERIAL PHOTOS,

RECORD GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS DATED 1830'S

DATE OF FIELD SURVEY:

OCTOBER 2014 THROUGH SEPTEMBER 30, 2015

SWORN CHAIN CARRIERS

DILLON MCBRIDE, CHANCE CAMPBELL, TYLER MOORE, JORDAN ROBERTS AND PRESTON EMMONS

CROSBY SURVEYING
PROFESSIONAL LAND SURVEYING
716 LIVE OAK DRIVE
BILOXI, MISSISSIPPI 39532
PHONE: 228-234-1649
EMAIL: cliffordcrosby@cableone.net

SURVEY DESCRIPTION FOR PARCEL 18:

A parcel of land situated in Section 30, (John Shave Claim), Township 7 South, Range 16 West, Hancock County, Mississippi, and being more particularly described as follows:

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 334779.34, Easting 727585.01; thence along the north line of said Section 30, also being the south line of property the United States of America as per deed book Q-1 on page 519, S89°00'18"E 54.59' to a concrete monument found; thence further along said north line of Section 30 and south line of said property of the United States of America, S88°48'04"E 478.07' to a 1/2" rebar set at the POINT OF BEGINNING, having the following state plane coordinates: Northing 334768.39, Easting 728117.55; thence further along said north line of Section 30 and the south line of said property of the United States of America, S88°48'04"E 417.10' to an iron pipe with disk set at the northwest corner of property of James H. Thigpen as per deed book BB117 on page 281; thence along the west line of said property of James H. Thigpen, S00°44'53"W 1324.16' to a 1/2" rebar set on the south line of Section 30 and the southwest corner of said property of James H. Thigpen; thence along the south line of Section 30, also being the north line of property of Bond and others as per deed book 2006 on page 15146, N88°57'24"W 415.94' to a 1/2" rebar set at the southeast corner of property of James Hubert Thigpen as per deed book BB117 on pages 289-295; thence along the east line of said property of James Hubert Thigpen, N00°41'54"E 1325.30' to the POINT OF BEGINNING, containing 551,760.41 square feet or 12.667 acres. Herein described bearings are based on state plane grid north. Herein described property being a portion of that property as described in deed book BB43 on page 543 of the land records of Hancock County, Mississippi and being designated as county parcel number 084-0-30-008.000.

SURVEYOR'S CERTIFICATE:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE MINIMUM LAND SURVEYING REQUIREMENTS FOR THE STATE OF MISSISSIPPI AND THAT ALL MEASUREMENTS AND DATA SHOWN HEREON ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

CLIFFORD A. CROSBY, MS PLS NO. 2539

SEPTEMBER 30, 2015
DATE FIELD WORK COMPLETED

NOTE:
THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

| SYM | DESCRIPTION | DATE | APPR |
|---|---|---|---|
| | | | |

NAVFAC

HDR

A/E INFO

APPROVED

FOR COMMANDER NAVFAC

ACTIVITY

SATISFACTORY TO DATE

DES | DRW | CHK

Agency PM

IPT TECH. BRANCH HEAD

CHIEF ENG/ARCH (CORE)

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL FACILITIES ENGINEERING COMMAND SOUTHEAST
IPT GULF COAST REAL ESTATE NAVAL AIR STATION JACKSONVILLE, FL
RIVERINE RANGE STENNIS, MS
P-240 WESTERN MANEUVER AREA
BOUNDARY SURVEY
PARCEL 18

SCALE: 1" = 100'
EPROJECT NO.:
CONSTR. CONTR. NO. N69450-09-D-0064 T.O. 0059
NAVFAC DRAWING NO. 15096236
SHEET 14 OF 39
V112

DRAWFORM REVISION: 5 APRIL 2012

**SCHEDULE E**

**ESTATE TAKEN**

The estate taken in the property described in Schedule C is fee simple absolute.

**<u>SCHEDULE F</u>**

**<u>ESTIMATE OF JUST COMPENSATION</u>**

The estimated just compensation for the property being taken is $8,800.00.

<u>**SCHEDULE G**</u>

**INTERESTED PARTIES**

Names and addresses of parties who have or may claim an interest in the parcels are as follows:

| Party | Record reference |
|---|---|
| Unknown Heirs and/or Devisees of Bonnie Kellar Franklin (Address Unknown) | Warranty deed recorded on February 18, 1966 on page 3, in Book S-4, in official records of Hancock County, Mississippi. |
| Unknown Heirs and/or Devisees of A. L. Franklin a/k/a Andrew L. Franklin (Address Unknown) | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| Unknown Heirs and/or Devisees of Juanita Kellar Schull (Address Unknown) | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| Andrew Craig Franklin a/k/a/ Craig A. Franklin 1 Vintage Place Picayune, MS 39466 | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| Janice Lynn Franklin a/k/a Janice Lynn Wylie 1111 Falcon Park Drive #5202 Katy, Texas 77494 | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| David Mark Franklin 114 Hide-A-Way Lane Carriere, Mississippi 39426 | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| Jacqueline E. Franklin 21784 Ridgeview Drive Saucier, MS 39574 | Warranty deed recorded on July 28, 1983, on page 162, in Book AA-61, in official records of Hancock County, Mississippi. |
| Hancock County, Mississippi Jimmie Ladner, Jr., Tax Assessor 854 Highway 90, Suite C Bay St. Louis, Mississippi 39520 | APN 084-0-30-008.  Taxing authority. |

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

12.667 Acres, More or Less, Located in Hancock County, State of Mississippi; Franklin, et al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hancock
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bhavna Changrani, U.S. Department of Justice, Environment and Natural Resources Division, P.O. Box 7611 - Ben Franklin Station, Washington, D.C. 20044, Telephone: 202-305-0304

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| [X] 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358

Brief description of cause:
Eminent domain

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
08/29/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/Bhavna Changrani

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____